■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD C. COX, Appellant. [690 NYS2d 848] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT COX, Appellant. [674 NYS2d 597] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of promoting prison contraband in the first degree (Penal Law § 205.25 [2]). Defendant contends that a delay of approximately nine months violated his constitutional right to a speedy trial. Considering the factors set forth in *People v Taranovich* (37 NY2d 442), we conclude that the delay was not unreasonable. The nine-month delay was minimal; the charge of possessing sharpened metal and plastic weapons while an inmate at Auburn Correctional Facility was serious; defendant was incarcerated on another conviction and thus there was no pretrial incarceration on this charge; there is no allegation that the defense was impaired by reason of the delay; and a portion of the delay was attributable to defendant's request for an adjournment. (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Promoting Prison Contraband, 1st Degree.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN S. FETTER, Appellant. [690 NYS2d 848] —Judgment unanimously affirmed (*see, People v Hidalgo*, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.